IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division



| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:22-cr-163-RDA |
| ) | |
| TRAVEL ALVIN RILEY, ) | |
| ) | |
| Defendant. ) | |

## VERDICT FORM

As to the charge of knowingly possessing a firearm on or about May 19, 2022, while knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, we the jury unanimously find the defendant, Travel Alvin Riley:

Not Guilty __X__        Guilty _____

So say we all this __7th__ day of December, 2022.

**REDACTED**